UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY BRAY,

     Plaintiff,

     v.

SAFEWAY DENTAL, *et al.*,

     Defendants.

Case No. C17-1273RSM

ORDER OF DISMISSAL

On August 23, 2017, this case was transferred in from the United States District Court for the Central District of California.  *See* Dkts. #4 and #5.  That same day, the Court issued a letter to *pro se* Plaintiff Jeffrey Bray noting that he had not paid the filing fee or submitted an application to proceed *in forma pauperis* ("IFP") in this matter.  Dkt. #6.  That letter requested that Mr. Bray correct this deficiency and stated "[i]f your response to this letter is not received by September 22, 2017, the action may be subject to dismissal."  *Id*.  The Court has received nothing from Mr. Bray after waiting several weeks.

Considering all of the above, and the remainder of the record, the Court concludes that dismissal of this case is warranted for failure to pay the filing fee or submit an IFP application.

//

//

Accordingly, the Court hereby finds and ORDERS:

(1)     This matter is DISMISSED.

(2)     This case is now CLOSED.


DATED this 4 day of October, 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE